[Civil No. 760.]

WILLIAM H. GOODMAN et al., Plaintiffs in Error, v. DANIEL HUTCHINSON, Defendant in Error.

WRIT OF ERROR from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

Thomas Armstrong, Jr., for Plaintiffs in Error.

C. F. Ainsworth, for Defendant in Error.

November 1, 1901. Dismissed on motion of Plaintiffs in Error.

---

[Criminal No. 158.]

In the Matter of the Application of SANTIAGO BERREYSA for a Writ of Habeas Corpus.

ORIGINAL APPLICATION.

J. L. B. Alexander, for Petitioner.

November 2, 1901. Granted.